VIANA V. BAILEY (609)742-7804
124 N. Virginia Avenue
Atlantic City, N.J. 08401

SERVED ON COUNSEL/PARTIES OF RECORD
SEP -7 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

VIANA V. BAILEY,
        Plaintiff,

v.

WILLIAM OSCAR HARRIS, ET AL.,
        Defendants.

) Case no. 2:15-cv-2279
) NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT,
)  Fed.R.Civ.P. 68(a),
) CERTIFICATE OF SERVICE,
) AFFIRMATION AND VERIFICATION, 28 USCS §
)  1746(1).

To: ROBERT DAVID NEAL,    Defendant

HEREBY TAKE NOTICE that I, VIANA V. BAILEY, the Plaintiff in this cause of action, hereby ACCEPTS the Offer of Judgment, Fed.R.Civ.P. 68, that you, ROBERT DAVID NEAL, defendant, have served upon me this 25 day of July, 2016.

Take note that I fully agree that this judgment to be taken will fully incorporate ALL of the terms and conditions you have detailed in your Offer of Judgment, which ratifies and fully incorporates, for conclusive evidentiary purposes, the accompanying six (6) documents entitled "Claim for Mandatory Judicial Notice Nos. 1, 2, 3, 4, 5, and 6" that are being filed concurrently herewith, giving res judicata and collateral estoppel effect to ALL of these matters forevermore.

### AFFIRMATION and VERIFICATION

In accordance with 28 USCS § 1746(1), under the penalties of perjury, I do hereby certify that the foregoing is all true, correct, certain and not misleading, i.e. the facts of the matter. Executed this 25 day of July, 2016.

by: _____
VIANA V. BAILEY, Plaintiff

### CERTIFICATE OF SERVICE

On this 25 day of July, 2016, I did place the foregoing in the U.S. Mails as follows:

    ROBERT DAVID NEAL and the other defendants
    907 Cornerstone Place
    Las Vegas, NV 89031

Under the penalties of perjury, re 28 USCS § 1746(1), I do hereby certify that the foregoing is all true, correct and certain.

by: _____
VIANA V. BAILEY, Plaintiff
124 N. Virginia Avenue
Atlantic City, N.J. 08401