# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VIANA B. BAILEY, | ) |
|     Plaintiff, | ) Case No. 2:15-cv-02279-JAD-GWF |
| vs. | ) **ORDER** |
| WILLIAM OSCAR HARRIS, et al., | ) |
|     Defendants. | ) |

This matter is before the Court on Plaintiff's demand for arbitration. *See* ECF No. 13. On December 2, 2015, Plaintiff Viana B. Bailey filed her Complaint (ECF No. 1) setting forth her demand for arbitration pursuant to arbitration agreements between Plaintiff and Defendants William Oscar Harris, Robert David Neal, and Ralph Taylor. On September 7, 2016, Plaintiff filed Notices of Acceptance of Offer of Judgment (ECF No. 7, 8, 9) and her Motion for Final Judgment based on the offers of judgment (ECF No. 10). On October 5, 2016, a Motion for Modification of Deemed Final Judgment (ECF No. 11) was filed purportedly on behalf of Defendant Ralph Taylor.

It appears that this action is not an actual dispute between real parties. Plaintiff's claims and her requested relief are unclear. With the exception of Defendant Ralph Taylor, none of the Defendants have appeared in this matter. The documents filed by Plaintiff and Defendant Ralph Taylor's Motion for Modification (ECF No. 11) are substantially similarly formatted and appear to be created from the same source. Mr. Kenneth Taylor is not a party to this action, but signed the Motion for Modification purportedly on behalf of Defendant Ralph Taylor. Mr. Kenneth Taylor signed the offer of judgment purportedly on behalf of Defendants William Oscar Harris, Robert

David Neal, and Ralph Taylor. *See* ECF No. 10-2.

The Court conducted a status conference on November 22, 2016. Plaintiff Viana Bailey appeared telephonically momentarily, but the Court was unable to hear her. She indicated that she would call back to appear for the status conference, but did not. Mr. Kenneth Taylor appeared and represented that he was the power of attorney for the Defendants. *See* ECF No. 16. The parties to this case may only appear *pro se* or through counsel admitted to practice law in the District of Nevada.

Having reviewed and considered the matter, and for good cause shown,

**IT IS HEREBY ORDERED** that the parties have until **February 10, 2017** to retain counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice or shall file a notice with the Court that he or she will be appearing in this matter *pro se*.

**IT IS FURTHER ORDERED** that the Court orders all parties to show cause in writing by **February 10, 2017** why this matter should not be dismissed for lack of an actual dispute and lack of prosecution. Failure to timely comply with this order may result in the imposition of sanctions, which may include a recommendation to the District Judge that the complaint be dismissed. *See* Fed. R. Civ. P. 41(b).

DATED this 13th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge