# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Viana B. Bailey,<br><br>Plaintiff<br><br>v.<br><br>William Oscar Harris, et al.,<br><br>Defendants | Case No.: 2:15-cv-02279-JAD-GWF<br><br>**Order Adopting Report and Recommendation, and Dismissing Action, and Denying Motions as Moot**<br><br>[ECF Nos. 10, 11, 22] |

In January of this year, when virtually nothing had occurred in this case, it appeared to Magistrate Judge George Foley, Jr. that this case lacks an actual case or controversy. So he ordered the parties to show cause why this case should not be dismissed for lack of an actual dispute and failure to prosecute it.[1] Plaintiff's response confirms that "Although a legitimate dispute did in fact exist for adjudication at the filing of this initial Complaint . . . no such remaining controversy lies before this Court" because "the parties . . . have formally moved forward to [an] agreed arbitration forum to resolve their remaining controversies."[2] The magistrate judge found that [t]he parties have failed to present a discernible issue in dispute or that the parties have a legally cognizable interest in the outcome of the litigation."[3] He also noted that plaintiff "even represents that there is no longer a controversy before the Court," and he concludes that "there does not appear to be an actual dispute between real parties." He thus recommends that this case be dismissed and closed.[4]

"[N]o review is required of a magistrate judge's report and recommendation unless

---

[1] ECF No. 17.

[2] ECF No. 20.

[3] ECF No. 22 at 3.

[4] *Id*.

Page 1

objections are filed."[5]  The deadline for objections has passed, and no party has filed an objection to the magistrate judge's recommendation.  Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Report and Recommendation **[ECF No. 22]** is **ACCEPTED** and his findings and conclusions are adopted;

It is further ORDERED that **this case is DISMISSED**.  All pending motions **[ECF Nos. 10, 11] are DENIED** as moot.  And the Clerk of Court is instructed to **CLOSE THIS CASE**.

DATED  June 20, 2017

_____
U.S. District Judge Jennifer Dorsey

---

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).