# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Viana B. Bailey,

    Plaintiff

v.

William Oscar Harris, et al.,

    Defendants

2:15-cv-02279-JAD-GWF

**Order**

[ECF No. 27]

    Plaintiff Viana B. Bailey brought this action to compel an arbitration.[1] When a filing by the plaintiff suggested that this case no longer presented a live controversy,[2] the court ordered the parties to show cause why this case should not be dismissed for lack of an actual dispute.[3] After considering the parties' responses,[4] Magistrate Judge George Foley, Jr. then recommended that I dismiss this case.[5] Objections to his R&R were due by June 14, 2017. On June 21, 2017, having received no objection, I entered an order adopting the R&R and dismissing this case.[6] The next day, the court received Bailey's belated objection and a new "3rd Demand for Final Judgment."[7]

    Bailey's post-closure documents do not persuade me to reconsider my June 21, 2017, dismissal of this case. She still has not demonstrated that there remains any actual dispute for

---

[1] ECF No. 1.

[2] ECF No. 20.

[3] ECF No. 17.

[4] ECF Nos. 18, 20, 21.

[5] ECF No. 22.

[6] ECF No. 23.

[7] ECF No. 25, 26, 27.

this court to resolve; in fact, she confirms that the controversies in this case have been "settled."[8] To the extent that she now claims that the court should take action based on a document entitled "Notice of Formal Ratification of Express Contract Nunc Pro Tunc," ECF No. 10-2, that document was executed on behalf of the defendants by Kenneth Taylor, a non-attorney, whom this court has repeatedly indicated may not act on behalf of the defendants in this action.[9] And her objection that the magistrate judge lacks the power to take action in this case is meritless. *See* 28 U.S.C. § 636 et seq.

Accordingly, had I received Bailey's objections in a timely fashion, they would not have changed my decision to adopt the magistrate judge's report and recommendation and dismiss this case. Even if I liberally construe her recent filings as a request for reconsideration of my dismissal order, I find no basis to do so. Accordingly,

IT IS HEREBY ORDERED that Plaintiff Viana Bailey's objections [ECF No. 25] are OVERRULED; and

IT IS FURTHER ORDERED that Plaintiff Viana Bailey's Third Demand for Final Judgment [ECF No. 27] is DENIED.

This case is closed.

DATED: July 27, 2017

                                                          _____
                                                          Jennifer A. Dorsey
                                                          United States District Judge

---

[8] ECF No. 25 at 1.

[9] *See* ECF No. 10-2; 16 (minutes of hearing at which Taylor was advised he cannot act on behalf of the defendants in court); 17 (order giving the defendants until 2/10/17 to retain counsel or file a notice that they will appear pro se); 22 (R&R, noting that the defendants have "failed to comply with this Court's order" requiring them to retain counsel or file a notice with the court indicating that they are appearing pro se).